PFE/KMP June 2022
GJ#18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. |
| ) | |
| FREDRICK LEONARD TEMPLE, JR. ) | |

## INDICTMENT

**COUNT ONE:**  [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 26th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device with a selector switch attached to the frame of the firearm, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO:**  [26 U.S.C. § 5861(d)]

The Grand Jury further charges that:

On or about the 26th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**

knowingly received and possessed a firearm, a Glock 9mm pistol with a Glock conversion device with selector switch attached to the frame of the firearm, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                PRIM F. ESCALONA
                                                United States Attorney

                                                */s/ Electronic Signature*
                                                KRISTY M. PEOPLES
                                                Assistant United States Attorney