PFE/KMP August 2022
GJ#20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | 2:22-cr-00192-MHH-SGC |
| ) | SUPERSEDING |
| ) | |
| FREDRICK LEONARD TEMPLE, JR.   ) | |
| also known as *"Cutt" "Cutthroat" "ABM Cutthroat"* ) | |

## INDICTMENT

**COUNT ONE:**  [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 26th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**
also known as *"Cutt" "Cutthroat" "ABM Cutthroat"*

did knowingly possess a machinegun, that is, a Glock 9mm pistol with a Glock conversion device with a selector switch attached to the frame of the firearm, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO:**  **[26 U.S.C. § 5861(d)]**

The Grand Jury further charges that:

On or about the 26th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**
**also known as** *"Cutt" "Cutthroat" "ABM Cutthroat"*

knowingly received and possessed a firearm, a Glock 9mm pistol with a Glock conversion device with selector switch attached to the frame of the firearm, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

**COUNT THREE:**  **[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 29th day of November 2021, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**
**also known as** *"Cutt" "Cutthroat" "ABM Cutthroat"*

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide more commonly referred to as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT FOUR:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 25th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**
**also known as *"Cutt" "Cutthroat" "ABM Cutthroat"***

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide more commonly referred to as fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT FIVE:  [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 26th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**
**also known as *"Cutt" "Cutthroat" "ABM Cutthroat"***

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture and substance of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide more commonly referred to as fentanyl, and a mixture and substance of methamphetamine, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT SIX:** **[18 U.S.C. § 924(c)(1)(A)(i)]**

The Grand Jury charges that:

On or about the 26th day of January 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**FREDRICK LEONARD TEMPLE, JR.,**
also known as *"Cutt" "Cutthroat" "ABM Cutthroat"*

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute fentanyl and methamphetamine, as charged in Count Five of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                 PRIM F. ESCALONA
                                                 United States Attorney

                                                 */s/ Electronic Signature*
                                                 KRISTY M. PEOPLES
                                                 Assistant United States Attorney