# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cr-00192-MHH-SGC |
| ) | |
| FREDRICK LEONARD TEMPLE, JR., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE A SEPARATE DOCUMENT UNDER SEAL

**COMES NOW** the Defendant, **FREDRICK LEONARD TEMPLE, JR**., by and through his undersigned counsel, and respectfully moves to file a separate document under seal.

Respectfully submitted this the 5th day of September, 2023.

**RESPECTFULLY SUBMITTED,**

*/s/ J. Derek Drennan*
**J. DEREK DRENNAN**

OF COUNSEL:

KIRK DRENNAN LAW
500 OFFICE PARK DRIVE
SUITE 100
BIRMINGHAM, AL 35223
(205) 803-3500

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 5th day of September, 2023, served a copy of the foregoing by electronic filing.

*/s/ J. Derek Drennan*
**J. DEREK DRENNAN**