UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | } |
| | } |
| v. | } Case No.: 2:22-cr-192-MHH-SGC |
| | } |
| FREDRICK LEONARD TEMPLE, JR., | } |
| | } |
| Defendant. | } |

**MEMORANDUM OPINION AND ORDER**

Mr. Temple filed a motion to suppress. (Doc. 48). He later supplemented his motion. (Doc. 73). Following an evidentiary hearing, (Doc. 81), Magistrate Judge Cornelius entered a report in which she discussed the evidence and the law concerning the issues Mr. Temple raised in his motion and addendum, (Doc. 83). Magistrate Judge Cornelius recommended that the Court deny Mr. Temple's motion to suppress. She advised Mr. Temple of his right to file written objections to her report within 14 days. (Doc. 83). To date, the Court has not received objections from Mr. Temple.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district judge must "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to

which objection is made." 28 U.S.C. § 636(b)(1); *see also* FED. R. CRIM. P. 59(b)(3) ("The district judge must consider *de novo* any objection to the magistrate judge's recommendation."). A district court's obligation to "'make a de novo *determination* of those portions of the report or specified proposed findings or recommendations to which objection is made,'" 447 U.S. at 673 (quoting 28 U.S.C. § 636(b)(1)), requires a district judge to "'give *fresh consideration* to those issues to which specific objection has been made by a party,'" 447 U.S. at 675 (quoting House Report No. 94-1609, p. 3 (1976)). *United States v. Raddatz*, 447 U.S. 667 (1980) (emphasis in *Raddatz*).

Having reviewed Mr. Temple's motion and addendum and the evidence and law concerning the issues Mr. Temple raised, the Court adopts Magistrate Judge Cornelius's report and accepts her recommendation. Accordingly, the Court denies Mr. Temple's motion to suppress, (Doc. 48), and the addendum to his motion, (Doc. 73). The Clerk of Court shall please TERM Docs. 48, 73, and 83.

**DONE** and **ORDERED** this June 3, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE